WILLIAM B. MEEKER et al., Respondents, *v.* ABRAM H. DAYTON, Appellant.

(Argued March 4, 1890; decided March 18, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made May 14, 1888, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*Alfred P. W. Seaman* for appellant.

*E. Willard Roby* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE PEOPLE ex rel. NATHAN B. WARREN et al., Respondents, *v.* EDWARD CARTER et al., Appellants.

In proceedings under the act of 1880 (Chap. 269, Laws of 1880), to review an assessment, where it appears to the court that the assessors have acted "with gross negligence," costs may be awarded against them.

THIS case presented the same questions and was argued and decided with *People ex rel. v. Carter (ante,* p. 557).

The additional question was presented here as to the right to allow costs against defendants. As to this the court say: "The court having found that the assessors acted with gross negligence in assessing the property at $50,000 in 1888, was authorized by the statute (§ 6) to impose costs upon them."